UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,       *
United States Department of Labor,        *
                                          *
                  Plaintiff,              *
                                          *   CIVIL ACTION
            v.                            *
                                          *   FILE NO. 08-11925
ANGELUS, INC., HONORS USA, INC.,          *
  SUZANNE THOMPSON, and                   *
  FRANCESCO INSOLIA                       *
                                          *
                  Defendants.             *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## JUDGMENT

Plaintiff having filed a complaint and the defendants having appeared by counsel, received a copy thereof, waived service of process, and consented to the entry of this judgment without contest and without trial or adjudication of any issue of fact or law herein, and upon the consent of the parties hereto,

It is, therefore,

ORDERED, ADJUDGED and DECREED that defendants, their agents, servants, employees, and all persons acting or claiming to act in their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of the Fair Labor Standards Act, as amended (29 USC 201 et seq.), hereinafter referred to as the Act, in any of the following manners;

Defendants shall not, contrary to sections 7 and 15(a)(2) of the Act, employ any employees who in any workweek are engaged in commerce or in the production of goods for commerce, or who are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, for workweeks longer than forty hours,

unless such employee receives compensation for his employment in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he is employed.

Further, defendants agree to make back wage restitution payments to employees in the amount of $613,000 as shown on attached "Exhibit A" which is incorporated in and made a part hereof, it is

ORDERED, ADJUDGED and DECREED that the defendants are restrained from withholding payment of said amounts.

The back wage restitution provisions of this judgment shall be deemed satisfied when Honors USA, Inc., formerly known as Michael Bianco, Inc., and Angelus, Inc., formerly known as Front Line Defense, Inc., or their designee, on behalf of defendants, delivers to plaintiff, or its designee, the back wage restitution payments ordered herein. Plaintiff will calculate each employee's share of social security and withholding taxes. Defendant Honors USA, Inc., formerly known as Michael Bianco, Inc. and Angelus, Inc., formerly known as Front Line Defense, Inc., shall further pay to the appropriate authorities the employer's share of all payroll taxes in connection with such back wage restitution payments.

When recovered wages have not been claimed by any employee within three years, the Secretary of Labor shall deposit such money with the Clerk of this Court who shall forthwith deposit such money with the Treasurer of the United States, pursuant to 28 USC §2041.

Defendants shall not, under any circumstances, accept and keep any amount returned to them by a person owed compensation under this judgment. Any such amount shall be immediately paid to the plaintiff or its designee as above.

Nothing in this Judgment is intended or may be construed as an admission by defendants, or judgment by the Court, that defendants have violated any statute, regulation, common law or other legal obligation. Defendants are entering into this consent judgment solely for the purposes of settlement.

It is further ORDERED, ADJUDGED and DECREED that each party bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

Dated: ~~November 18, 2008~~ - December 19, 2008

/s/ Mark L. Wolf
United States District Judge

| Defendants hereby consent to entry of this judgment: | Plaintiff moves for entry of this judgment: |
|---|---|
| Diane M. Saunders (BBO#562872)<br>MORGAN BROWN AND JOY LLP<br>200 State Street<br>Boston, MA 02109<br>617-523-6666 (tel)<br>617-367-3125 (fax)<br>dsaunders@morganbrown.com | Gregory F. Jacob<br>Solicitor of Labor<br><br>Frank V. McDermott, Jr.<br>Regional Solicitor |
| *Diane M. Saunders*<br>Diane M. Saunders | *John S. Casler*<br>John S. Casler<br>Deputy Regional Solicitor<br>BBO# 078060<br><br>U.S. Department of Labor<br>Attorneys for Plaintiff<br><br>Office of Solicitor<br>JFK Federal Building<br>Room E-375<br>Boston, MA 02203<br>(617)565-2500 (tel)<br>(617)565-2142 (fax) |

3

| Exhibit A | Last Name | First Name | Back Wages | |
|---|---|---|---|---|
| 1 | Abade | Maria | $ | 356 |
| 2 | Abarca | Julisa | $ | 846 |
| 3 | Abarca | Marta | $ | 231 |
| 4 | Abarca | Mayra | $ | 1,374 |
| 5 | Abarca | Oscar | $ | 128 |
| 6 | Abarca | Rita | $ | 331 |
| 7 | Abreu | Iluminada | $ | 1,123 |
| 8 | Acosta | Anthony | $ | 29 |
| 9 | Acosta | Stephanie | $ | 77 |
| 10 | Afonso | Robert | $ | 56 |
| 11 | Aguiar | Laura | $ | 460 |
| 12 | Aguilar | Elias | $ | 1,761 |
| 13 | Aguilar | Leticia | $ | 45 |
| 14 | Aguilar | Nolberta | $ | 572 |
| 15 | Aguilar | Sebastian | $ | 5,994 |
| 16 | Aguilar | Teresa | $ | 154 |
| 17 | Aguilera | Martha | $ | 330 |
| 18 | Aguilera | Milton | $ | 1,535 |
| 19 | Aguiriano | Areceli | $ | 45 |
| 20 | Aguiriano | Lesley | $ | 172 |
| 21 | Ajpop | Diego | $ | 4,968 |
| 22 | Ajsivinac | Mark | $ | 1,367 |
| 23 | Alegria | Ana | $ | 376 |
| 24 | Alfaro | Joly | $ | 346 |
| 25 | Alfaro | Misael | $ | 3,580 |
| 26 | Alfaro | Veronica | $ | 945 |
| 27 | Allende | Monserrate | $ | 119 |
| 28 | Almeida | Elisa | $ | 349 |
| 29 | Almeida | Maria | $ | 264 |
| 30 | Alonzo | Eli | $ | 1,636 |
| 31 | Alvarado | Ana | $ | 355 |
| 32 | Alvarado | Angela | $ | 3,094 |
| 33 | Alvarado | Arnaldo | $ | 63 |
| 34 | Alvarado | Dilcia | $ | 159 |
| 35 | Alvarado | Dora | $ | 86 |
| 36 | Alvarado | Jessy | $ | 120 |
| 37 | Alvarado | Jose | $ | 26 |
| 38 | Alvarado | Luz | $ | 68 |
| 39 | Alvarado | Maria A. | $ | 113 |
| 40 | Alvarado | Maria | $ | 2,217 |
| 41 | Alvarado | Maricela | $ | 83 |
| 42 | Alvarado | Morena | $ | 112 |
| 43 | Alvarado | Ninfa | $ | 140 |
| 44 | Alvaraenga | Doris | $ | 1,613 |
| 45 | Alvarez | Erika | $ | 82 |
| 46 | Alves | Maria | $ | 618 |
| 47 | Amaral | Ofelia | $ | 301 |
| 48 | Amaral | Vicencia | $ | 317 |
| 49 | Amaya | Lindolfo | $ | 174 |
| 50 | Amaya Diaz | Berta | $ | 129 |
| 51 | Andrade | Francisca | $ | 6,443 |

| | | | | |
|---|---|---|---|---:|
| 52 | Andres | Cristian | $ | 526 |
| 53 | Andres | Edgar | $ | 5,535 |
| 54 | Andres | Gonzales | $ | 37 |
| 55 | Angel | Wilber | $ | 60 |
| 56 | Antao | Maria | $ | 48 |
| 57 | Antonelly | Ada | $ | 121 |
| 58 | Araujo | Silvania | $ | 502 |
| 59 | Areias | Arminda | $ | 322 |
| 60 | Arevalo | Bernardo | $ | 1,501 |
| 61 | Arevalo | Marlene | $ | 403 |
| 62 | Argueta | Arelis | $ | 1,970 |
| 63 | Argueta | Claudia | $ | 81 |
| 64 | Argueta | Irma | $ | 142 |
| 65 | Argueta | Juana | $ | 162 |
| 66 | Argueta | William | $ | 1,304 |
| 67 | Arias | Amparo | $ | 190 |
| 68 | Arita | Maria | $ | 876 |
| 69 | Arita | Rafaela | $ | 186 |
| 70 | Arroyo | Rosalinda | $ | 41 |
| 71 | Ascensio | Cesar | $ | 1,241 |
| 72 | Avilez | Yaleny | $ | 385 |
| 73 | Ayala | Carlos | $ | 2,893 |
| 74 | Ayala | Karla | $ | 38 |
| 75 | Ayala | Maria | $ | 3,822 |
| 76 | Ayala | Norma | $ | 286 |
| 77 | Ayala Rivas | Kelys | $ | 216 |
| 78 | Bagaco | Natalia | $ | 54 |
| 79 | Baganha | Aldeberta | $ | 263 |
| 80 | Barbosa | Maria | $ | 22 |
| 81 | Barrera | Amparo | $ | 220 |
| 82 | Barrera | Daniel | $ | 1,976 |
| 83 | Benitez | Araceli | $ | 106 |
| 84 | Benitez | Olga | $ | 93 |
| 85 | Bento | Margarida | $ | 61 |
| 86 | Bezerra | Zindera | $ | 142 |
| 87 | Bonilla | Ludis | $ | 110 |
| 88 | Borges | Ana | $ | 87 |
| 89 | Borges | Angela | $ | 77 |
| 90 | Borges | Ilda | $ | 88 |
| 91 | Borges | Matilde | $ | 38 |
| 92 | Botelho | Marlene | $ | 44 |
| 93 | Braga | Paulo | $ | 3,025 |
| 94 | Branco | Teresa | $ | 94 |
| 95 | Cabil | Andrea | $ | 1,558 |
| 96 | Calheta | Honorina | $ | 378 |
| 97 | Camara | Grizelda | $ | 290 |
| 98 | Camara | Maria | $ | 368 |
| 99 | Candelaria | Zulma | $ | 32 |
| 100 | Caneira | Maria | $ | 354 |
| 101 | Carbajal | Ruth | $ | 130 |
| 102 | Cardoso | Connie | $ | 75 |
| 103 | Carranza | Ana Maria | $ | 82 |

| 104 | Carranza | Hisella | $ | 239 |
|---|---|---|---|---|
| 105 | Carranza | Lourdes | $ | 1,085 |
| 106 | Carranza | Veronica | $ | 609 |
| 107 | Carreiro | Maria | $ | 300 |
| 108 | Carreiro | Maria | $ | 363 |
| 109 | Castellanos | Leticia | $ | 2,453 |
| 110 | Castellanos | Victor | $ | 741 |
| 111 | Castro | Ana | $ | 884 |
| 112 | Castro | Ipolita | $ | 656 |
| 113 | Castro | Jose | $ | 29 |
| 114 | Castro | Juan Sam | $ | 3,614 |
| 115 | Castro | Luz | $ | 84 |
| 116 | Castro | Manuel | $ | 62 |
| 117 | Castro | Sileni | $ | 2,026 |
| 118 | Cedillo | Sandra | $ | 49 |
| 119 | Chacaj | Josefina | $ | 3,649 |
| 120 | Chacaj | Maria | $ | 360 |
| 121 | Chach | Dilema | $ | 108 |
| 122 | Chach | Flor | $ | 941 |
| 123 | Chach | Solano | $ | 1,495 |
| 124 | Chach | Victor | $ | 1,036 |
| 125 | Chacon | Eduar | $ | 1,472 |
| 126 | Chamale | Dora | $ | 167 |
| 127 | Chamorro | Julian | $ | 3,613 |
| 128 | Chanchavac | Carlos | $ | 4,622 |
| 129 | Chanchavac | Claudia | $ | 216 |
| 130 | Chavajay | Juan | $ | 180 |
| 131 | Chavez | Celene | $ | 1,119 |
| 132 | Chavez | Felix | $ | 5,980 |
| 133 | Chavez | Jose | $ | 46 |
| 134 | Chic | Ambrocio | $ | 2,156 |
| 135 | Chijal | Domingo | $ | 77 |
| 136 | Chingo | Manuel | $ | 743 |
| 137 | Chingo | Zoila | $ | 286 |
| 138 | Chivalan | Carlos | $ | 148 |
| 139 | Chivalan | Isaias | $ | 2,297 |
| 140 | Chivalan | Nicolas | $ | 182 |
| 141 | Choc | Andres | $ | 2,778 |
| 142 | Choc | Jose | $ | 79 |
| 143 | Ciprian | Jose | $ | 2,549 |
| 144 | Ciprian | Juana | $ | 124 |
| 145 | Ciprian | Maria | $ | 3,914 |
| 146 | Ciprian | Martina | $ | 1,068 |
| 147 | Ciprian | Zoila | $ | 190 |
| 148 | Coelho | Helen | $ | 327 |
| 149 | Coiking | Jimmy | $ | 122 |
| 150 | Coj | Rosa | $ | 464 |
| 151 | Colaj | Alicia | $ | 4,500 |
| 152 | Colaj | Coni | $ | 399 |
| 153 | Colaj | Isabela | $ | 135 |
| 154 | Colaj | Juan | $ | 291 |
| 155 | Colaj | Yolanda | $ | 62 |

| | | | | |
|---|---|---|---|---|
| 156 | Conceicao | Victorio | $ | 55 |
| 157 | Condeco | Maria | $ | 328 |
| 158 | Corcio | Jorge Alberto | $ | 2,360 |
| 159 | Corcio | Juan | $ | 46 |
| 160 | Cordova | Ana | $ | 237 |
| 161 | Coreas | Celina | $ | 98 |
| 162 | Cornejo | Ana | $ | 175 |
| 163 | Correia | Maria | $ | 283 |
| 164 | Correia | Maria | $ | 330 |
| 165 | Correia | Maria | $ | 369 |
| 166 | Corvera | Sandra | $ | 57 |
| 167 | Costa | Isabel | $ | 28 |
| 168 | Costa | Maria | $ | 297 |
| 169 | Coxic | Henrique | $ | 22 |
| 170 | Coxic | Paulina | $ | 194 |
| 171 | Cruz | Santa | $ | 402 |
| 172 | Cubas | Deibin | $ | 985 |
| 173 | Cumba | Evelyn | $ | 62 |
| 174 | Cunha | Isabel | $ | 1,000 |
| 175 | Cunha | Maria | $ | 120 |
| 176 | Cux | Sara | $ | 81 |
| 177 | DaCosta | Gilberto | $ | 69 |
| 178 | Daltro | Jose | $ | 133 |
| 179 | Daltro | Risomar | $ | 134 |
| 180 | Daltro | Roberta | $ | 77 |
| 181 | DaLuz | Sandra | $ | 117 |
| 182 | DaSilva | Alda | $ | 339 |
| 183 | DaSilva | Angelina | $ | 303 |
| 184 | DaSilva | Guilhermina | $ | 318 |
| 185 | DaSilva | Katia | $ | 23 |
| 186 | DaSilva | Lumide | $ | 26 |
| 187 | DaSilva | Maria | $ | 83 |
| 188 | DaSilva | Maria | $ | 343 |
| 189 | DaSilva | Paula | $ | 314 |
| 190 | DaVeiga | Natalina | $ | 47 |
| 191 | Davis | Marie | $ | 78 |
| 192 | DeAlmeida | Adriana | $ | 34 |
| 193 | DeAraujo | Maria | $ | 5,263 |
| 194 | DeCastro | Gladis | $ | 236 |
| 195 | DeFreitas | Geisa | $ | 243 |
| 196 | DeLaCruz | Alejandro | $ | 372 |
| 197 | DeLaCruz | Carlos | $ | 3,628 |
| 198 | DeLaCruz | Estella | $ | 215 |
| 199 | DeLaCruz | Isabel | $ | 195 |
| 200 | DeLaRosa | Kenny | $ | 52 |
| 201 | Deleon | Efrain | $ | 156 |
| 202 | DeLeon | Emiliana | $ | 712 |
| 203 | DeLeon | Lilian | $ | 2,009 |
| 204 | DeLeon | Santos | $ | 386 |
| 205 | DeLeon | Sebastian | $ | 4,577 |
| 206 | DeLima | Marinalva | $ | 25 |
| 207 | DeMederiros | Maria | $ | 358 |

| | | | | |
|---|---|---|---|---:|
| 208 | DeMelo | Jessica | $ | 46 |
| 209 | DeMelo | Margarida | $ | 8,751 |
| 210 | DeMelo | Maria | $ | 382 |
| 211 | DeMoura | Cleberson | $ | 564 |
| 212 | DeOliveira | Jonas | $ | 452 |
| 213 | DePina | Aurea | $ | 154 |
| 214 | DePina | Patrick | $ | 225 |
| 215 | DeSousa | Terezinha | $ | 57 |
| 216 | Dominguez | Jose | $ | 3,763 |
| 217 | DosReis | Alejandra | $ | 193 |
| 218 | DosSantos | Arlete | $ | 1,127 |
| 219 | DosSantos | Crueza | $ | 32 |
| 220 | DosSantos | Hartencia | $ | 118 |
| 221 | DosSantos | Joelma | $ | 52 |
| 222 | DosSantos | Maria | $ | 259 |
| 223 | DosSantos | Maria | $ | 341 |
| 224 | Douglas | Kerry | $ | 79 |
| 225 | Duarte | Leonor | $ | 339 |
| 226 | Duarte | Miqueline | $ | 167 |
| 227 | Duran | Adela | $ | 49 |
| 228 | Duran | Dolores | $ | 237 |
| 229 | Duran | Fatima | $ | 1,953 |
| 230 | Enamorado | Vivian | $ | 1,361 |
| 231 | Ernesto | Oscar | $ | 67 |
| 232 | Escoto | Mario | $ | 4,734 |
| 233 | Escoto | Martha | $ | 202 |
| 234 | Escoto | Margarita | $ | 143 |
| 235 | Espana | Paubla | $ | 72 |
| 236 | Estavam | Susan | $ | 330 |
| 237 | Estrela | Eduarda | $ | 314 |
| 238 | Faria | Victor | $ | 204 |
| 239 | Faustino | Alfredo | $ | 57 |
| 240 | Faustino | Guadalupe | $ | 2,393 |
| 241 | Febres | Ana | $ | 50 |
| 242 | Fernandes | Leonette | $ | 929 |
| 243 | Fernandes | Maria | $ | 141 |
| 244 | Fernandez | Diana | $ | 427 |
| 245 | Ferreira | Maria | $ | 502 |
| 246 | Ferreira | Maria | $ | 2,212 |
| 247 | Figueroa | Mirian | $ | 2,084 |
| 248 | Flores | Adela | $ | 61 |
| 249 | Flores | Elmer | $ | 75 |
| 250 | Flores | Moises | $ | 1,586 |
| 251 | Flores | Susan | $ | 1,337 |
| 252 | Freitas | Maria | $ | 475 |
| 253 | Frias | Maria | $ | 457 |
| 254 | Fuentes | Gloria | $ | 373 |
| 255 | Fuentes | Nohemi | $ | 5,697 |
| 256 | Furtado | Maria | $ | 191 |
| 257 | Furtado | Maria | $ | 328 |
| 258 | Gabriel | Caterine | $ | 221 |
| 259 | Galileo | Jose | $ | 65 |

| | | | | |
|---|---|---|---|---|
| 260 | Garcia | Andres | $ | 1,773 |
| 261 | Garcia | Benjamin | $ | 2,205 |
| 262 | Garcia | Camilo | $ | 2,990 |
| 263 | Garcia | Catalina | $ | 35 |
| 264 | Garcia | Domingo | $ | 58 |
| 265 | Garcia | Eliseo | $ | 125 |
| 266 | Garcia | Jessica | $ | 234 |
| 267 | Garcia | Juana | $ | 75 |
| 268 | Garcia | Leticia | $ | 182 |
| 269 | Garcia | Lorenzo | $ | 71 |
| 270 | Garcia | Maria | $ | 2,140 |
| 271 | Garcia | Marina | $ | 47 |
| 272 | Garcia | Marleny | $ | 73 |
| 273 | Garcia | Narcy | $ | 785 |
| 274 | Garcia | Pedro | $ | 3,506 |
| 275 | Garcia | Raul | $ | 719 |
| 276 | Garcia | Rigoberto | $ | 688 |
| 277 | Garcia | Sabino | $ | 66 |
| 278 | Garcia | Salome | $ | 396 |
| 279 | Garcia | Victor | $ | 2,392 |
| 280 | Garcia | Wendy | $ | 185 |
| 281 | Goj | Maria | $ | 210 |
| 282 | Gomes | Julia | $ | 374 |
| 283 | Gomes | Pedro | $ | 3,242 |
| 284 | Gomez | Maria | $ | 55 |
| 285 | Gomez | Maria | $ | 1,215 |
| 286 | Gomez | Pedro R. | $ | 288 |
| 287 | Gonzales | Lidia | $ | 52 |
| 288 | Gonzales | Mirian | $ | 2,483 |
| 289 | Gonzalez | Ana | $ | 2,410 |
| 290 | Gonzalez | Andres | $ | 1,050 |
| 291 | Gonzalez | Delmy | $ | 63 |
| 292 | Gonzalez | Joel | $ | 140 |
| 293 | Gonzalez | Juana | $ | 2,004 |
| 294 | Gonzalez | Omayra | $ | 157 |
| 295 | Gonzalez | Rolando | $ | 2,496 |
| 296 | Gonzalez | Victor | $ | 324 |
| 297 | Governo | Rosa | $ | 149 |
| 298 | Grando | Gloria | $ | 44 |
| 299 | Grave | Esperanza | $ | 126 |
| 300 | Guarcas | Bilga | $ | 30 |
| 301 | Guarcas | Thomas | $ | 62 |
| 302 | Guerra | Alfredo | $ | 2,182 |
| 303 | Guerra | Alicia | $ | 85 |
| 304 | Guerra | Nathaly | $ | 162 |
| 305 | Guerra | Nectalia | $ | 70 |
| 306 | Guerrero | Rogelio | $ | 2,070 |
| 307 | Guiles | Wilfredo | $ | 3,331 |
| 308 | Gutierez | Miguel | $ | 88 |
| 309 | Gutierrez | Esperanza | $ | 326 |
| 310 | Gutierrez | Lucy | $ | 262 |
| 311 | Gutierrez | Romeo | $ | 243 |

| # | Last | First | | Amount |
|---|---|---|---|---|
| 312 | Gutierrez | Rosa | $ | 1,264 |
| 313 | Gutierrez | Susana | $ | 100 |
| 314 | Hernandes | Jose | $ | 142 |
| 315 | Hernandez | Ana | $ | 126 |
| 316 | Hernandez | Edwin | $ | 679 |
| 317 | Hernandez | Elsy | $ | 4,118 |
| 318 | Hernandez | Filiberto | $ | 95 |
| 319 | Hernandez | Liset | $ | 318 |
| 320 | Hernandez | Maria | $ | 2,384 |
| 321 | Hernandez | Michael | $ | 64 |
| 322 | Hernandez | Pablo | $ | 94 |
| 323 | Hernandez | Pedro | $ | 82 |
| 324 | Hernandez | Ruth | $ | 250 |
| 325 | Hernandez | Sergio | $ | 5,790 |
| 326 | Herrera | Rosa | $ | 1,229 |
| 327 | Heywood | Jason | $ | 214 |
| 328 | Ignacio | Jesus | $ | 171 |
| 329 | Inestroza | Marisela | $ | 134 |
| 330 | Ixcuna | Andrea | $ | 1,805 |
| 331 | Ixcuna | Emilia | $ | 3,705 |
| 332 | Ixcuna | Jose | $ | 65 |
| 333 | Ixcuna | Miriam | $ | 88 |
| 334 | Ixcuna | Nicolas | $ | 112 |
| 335 | Ixcuna | Pedro | $ | 32 |
| 336 | Itzep | Luis | $ | 683 |
| 337 | Jimenez | Altagracia | $ | 305 |
| 338 | Jimenez | Eliezer | $ | 62 |
| 339 | Jimenez | Fernanda | $ | 1,608 |
| 340 | Jimon | David | $ | 935 |
| 341 | Jimon | Estela | $ | 130 |
| 342 | Jimon | Joel | $ | 48 |
| 343 | Jimon | Viviana | $ | 137 |
| 344 | Joao | Ana | $ | 34 |
| 345 | Jones | Felicia | $ | 273 |
| 346 | Jones | Sandra | $ | 377 |
| 347 | Jones | Susana | $ | 101 |
| 348 | Jovel | Juana | $ | 3,189 |
| 349 | Jovel | Sonia | $ | 3,825 |
| 350 | Leite | Rita | $ | 430 |
| 351 | Leonor | Ashley | $ | 22 |
| 352 | Lima | Amilia | $ | 27 |
| 353 | Lima | Eugenio | $ | 37 |
| 354 | Lima | John | $ | 185 |
| 355 | Lima | Maria | $ | 73 |
| 356 | Linhares | Maria | $ | 216 |
| 357 | Linhares | Maria | $ | 222 |
| 358 | Lol | Julia | $ | 230 |
| 359 | Lol | Noe | $ | 2,864 |
| 360 | Lopes | Dina | $ | 147 |
| 361 | Lopez | Abel | $ | 39 |
| 362 | Lopez | Alberto | $ | 84 |
| 363 | Lopez | Angie | $ | 1,580 |

| | | | | |
|---|---|---|---|---|
| 364 | Lopez | Arosely | $ | 1,523 |
| 365 | Lopez | Diego | $ | 4,307 |
| 366 | Lopez | Fatima | $ | 1,003 |
| 367 | Lopez | Felipe | $ | 5,924 |
| 368 | Lopez | Florentino | $ | 966 |
| 369 | Lopez | Francisco | $ | 2,342 |
| 370 | Lopez | Jenny | $ | 25 |
| 371 | Lopez | Leonel | $ | 88 |
| 372 | Lopez | Luci | $ | 163 |
| 373 | Lopez | Maria | $ | 1,150 |
| 374 | Lopez | Maximo | $ | 1,948 |
| 375 | Lopez | Nestor | $ | 20 |
| 376 | Lopez | Oscar | $ | 74 |
| 377 | Lopez | Samuel | $ | 2,228 |
| 378 | Lopez | Yamileth | $ | 290 |
| 379 | Lorenzo | Jesus | $ | 1,537 |
| 380 | Lourenco | Maria | $ | 286 |
| 381 | Lourenco | Nuno | $ | 61 |
| 382 | Louro | Lilia | $ | 388 |
| 383 | Lucas | Nasario | $ | 75 |
| 384 | Luis | Julio | $ | 6,868 |
| 385 | Luiz | Jose | $ | 1,083 |
| 386 | Luna | Patricia | $ | 30 |
| 387 | Lux | Tomas | $ | 82 |
| 388 | Machado | Sara | $ | 528 |
| 389 | Magana | Argelia | $ | 41 |
| 390 | Maldonado | Riccy | $ | 757 |
| 391 | Mancia | Yacenia | $ | 66 |
| 392 | Mano | Maria | $ | 368 |
| 393 | Manso | Maria | $ | 497 |
| 394 | Maradiaga | Alva Luz | $ | 292 |
| 395 | Maradiaga | Marta | $ | 118 |
| 396 | Maravilla | Antonio | $ | 3,635 |
| 397 | Maravilla | Carmen | $ | 148 |
| 398 | Marcalo | Maria | $ | 185 |
| 399 | Marcalo | Natalia | $ | 271 |
| 400 | Maric | Andres | $ | 4,446 |
| 401 | Maric | Miguel | $ | 769 |
| 402 | Marques | Pedro | $ | 253 |
| 403 | Marquez | Marvin | $ | 41 |
| 404 | Marroquin | Estefany | $ | 258 |
| 405 | Martin | Francisco | $ | 1,480 |
| 406 | Martinez | Dina | $ | 351 |
| 407 | Martinez | Geovani | $ | 80 |
| 408 | Martinez | Jesus | $ | 45 |
| 409 | Martinez | Josue | $ | 59 |
| 410 | Martinez | Kevin | $ | 225 |
| 411 | Martinez | Lemuel | $ | 26 |
| 412 | Martinez | Lidia | $ | 1,309 |
| 413 | Martinez | Lourdes | $ | 866 |
| 414 | Martins | Eduarda | $ | 115 |
| 415 | Martins | Maria | $ | 226 |

| | | | | |
|---|---|---|---|---:|
| 416 | Mateo | Andres | $ | 2,977 |
| 417 | Mateo | Antonia | $ | 56 |
| 418 | Matos | Fatima | $ | 500 |
| 419 | Matos | Isolina | $ | 248 |
| 420 | Matute | Cinthia | $ | 34 |
| 421 | Matzatz | Francisco | $ | 2,607 |
| 422 | Matzatz | Pedro | $ | 5,296 |
| 423 | McCree | Maria | $ | 35 |
| 424 | Medeiros | Dorothy | $ | 402 |
| 425 | Medeiros | Eugenia | $ | 216 |
| 426 | Medeiros | Ilda | $ | 334 |
| 427 | Medeiros | Maria | $ | 80 |
| 428 | Medeiros | Maria | $ | 227 |
| 429 | Medeiros | Maria | $ | 608 |
| 430 | Medeiros | Randy | $ | 49 |
| 431 | Medina | Luis | $ | 1,681 |
| 432 | Mejia | Almay | $ | 152 |
| 433 | Mejia | Bessy | $ | 335 |
| 434 | Mejia | Janneth | $ | 23 |
| 435 | Mejia | Maria | $ | 326 |
| 436 | Mejia | Mariana | $ | 85 |
| 437 | Mejia | Miguel | $ | 22 |
| 438 | Mejia-Alvarado | Jose | $ | 133 |
| 439 | Mejias | Desire | $ | 313 |
| 440 | Melo | Graca | $ | 531 |
| 441 | Melo | Maria | $ | 375 |
| 442 | Melo | Maria | $ | 376 |
| 443 | Mendez | Hector | $ | 187 |
| 444 | Mendez | Jenny | $ | 101 |
| 445 | Mendez | Juan | $ | 56 |
| 446 | Mendez | Sara | $ | 103 |
| 447 | Mendosa | Catarina | $ | 2,500 |
| 448 | Mendoza | Arelys | $ | 62 |
| 449 | Mendoza | Catarino | $ | 661 |
| 450 | Mendoza | Gloria | $ | 578 |
| 451 | Mendoza | Jesus | $ | 37 |
| 452 | Mendoza | Luciano | $ | 25 |
| 453 | Mendoza | Rey | $ | 576 |
| 454 | Mendoza-Martinez | Digna | $ | 258 |
| 455 | Menjivar | Jose | $ | 348 |
| 456 | Meza | Ricardo | $ | 291 |
| 457 | Miranda | Maria | $ | 86 |
| 458 | Miudo | Aldina | $ | 195 |
| 459 | Molina | Elsy | $ | 170 |
| 460 | Moniz | Liliana | $ | 467 |
| 461 | Moniz | Maria | $ | 333 |
| 462 | Montelban | Daysi | $ | 421 |
| 463 | Montoya | Reina | $ | 22 |
| 464 | Morales | Paulino | $ | 28 |
| 465 | Morales | Petronila | $ | 2,105 |
| 466 | Morales De Leon | Nayeli | $ | 1,288 |
| 467 | Moreira | Carolina | $ | 109 |

| | | | | |
|---|---|---|---|---|
| 468 | Moreira | Maria | $ | 3,863 |
| 469 | Moreno | Irma | $ | 24 |
| 470 | Moreno | Karla | $ | 1,067 |
| 471 | Moreno | Mirian | $ | 704 |
| 472 | Morente | Camilo | $ | 2,287 |
| 473 | Morente | Jorge | $ | 228 |
| 474 | Morente | Maria | $ | 516 |
| 475 | Morente | Pedro | $ | 5,522 |
| 476 | Morente | Petrona | $ | 29 |
| 477 | Morente | Petrona | $ | 668 |
| 478 | Morente | Victor | $ | 597 |
| 479 | Mota | Lina | $ | 318 |
| 480 | Moura | Ana | $ | 164 |
| 481 | Moura | Maria | $ | 203 |
| 482 | Nascimento | Neuza | $ | 222 |
| 483 | Nascimento | Sidinei | $ | 28 |
| 484 | Neto | Ozorio | $ | 87 |
| 485 | Neves | Carmencita | $ | 24 |
| 486 | Nieves | Felix | $ | 1,187 |
| 487 | Nunes | Alicia | $ | 3,435 |
| 488 | Oliveira | Consuelo | $ | 74 |
| 489 | Oliveira | Daniela | $ | 27 |
| 490 | Oliveira | Danubia | $ | 266 |
| 491 | Oliveira | Fernanda | $ | 32 |
| 492 | Oliveira | Maria | $ | 82 |
| 493 | Olivia | Yessica | $ | 751 |
| 494 | Olmos | Domingo | $ | 3,258 |
| 495 | Olmos | Jorge | $ | 1,730 |
| 496 | Olmos | Salome | $ | 5,612 |
| 497 | Olmos | Valerio Tix | $ | 1,897 |
| 498 | Olmos | Zenona | $ | 478 |
| 499 | Ordonez | Manuel | $ | 3,905 |
| 500 | Orellana | Christian | $ | 1,370 |
| 501 | Orellana | Sonia | $ | 381 |
| 502 | Orrego | Eva | $ | 45 |
| 503 | Orrego | Nery | $ | 2,341 |
| 504 | Ortiz | Nelci | $ | 160 |
| 505 | Osorio | Juan | $ | 1,216 |
| 506 | Osorio | Santana | $ | 2,043 |
| 507 | Pacheco | Evelin | $ | 85 |
| 508 | Pacheco | Maria | $ | 235 |
| 509 | Pacheco | Maria | $ | 308 |
| 510 | Pacheco | Maria | $ | 812 |
| 511 | Pacheco | Pedro | $ | 3,474 |
| 512 | Palacios | Alba | $ | 524 |
| 513 | Palacios | Jamie | $ | 3,184 |
| 514 | Palacios | Lucia | $ | 3,111 |
| 515 | Panjoj | Bacilia | $ | 52 |
| 516 | Panjoj | Neftali | $ | 297 |
| 517 | Pantaleon | Juan | $ | 258 |
| 518 | Paredes | Crista | $ | 2,895 |
| 519 | Pasion | Cristina | $ | 150 |

| | | | | |
|---|---|---|---|---|
| 520 | Pavao | Maria | $ | 496 |
| 521 | Paz | Lilo | $ | 1,071 |
| 522 | Pedro | Zelia | $ | 35 |
| 523 | Pellot | Iris | $ | 46 |
| 524 | Pentieiros | Maria | $ | 438 |
| 525 | Pereira | Ester | $ | 538 |
| 526 | Pereira | Fatima | $ | 282 |
| 527 | Pereira | Maria | $ | 27 |
| 528 | Pereira | Maria | $ | 412 |
| 529 | Perez | Eduardo | $ | 942 |
| 530 | Perez | Esmeralda | $ | 188 |
| 531 | Perez | Estuardo | $ | 142 |
| 532 | Perez | Francisco | $ | 3,025 |
| 533 | Perez | Jaime | $ | 1,285 |
| 534 | Perez | Juan Carlos | $ | 735 |
| 535 | Perez | Manuel | $ | 1,558 |
| 536 | Perez | Maria | $ | 286 |
| 537 | Perez | Rolando | $ | 1,595 |
| 538 | Perez | Socorro | $ | 130 |
| 539 | Perez | Susana | $ | 47 |
| 540 | Perez | Vilma | $ | 356 |
| 541 | Petrona | Cecilia | $ | 261 |
| 542 | Pimentel | Ana | $ | 338 |
| 543 | Pine | Maria | $ | 528 |
| 544 | Pineda | Jose | $ | 1,062 |
| 545 | Pineda | Morena | $ | 113 |
| 546 | Pinto | Bertha | $ | 1,734 |
| 547 | Pinto | Juan | $ | 3,056 |
| 548 | Pinto | Lilia | $ | 232 |
| 549 | Pinto | Lilian | $ | 581 |
| 550 | Pires | Maria | $ | 488 |
| 551 | Pool | Geily | $ | 22 |
| 552 | Porras | Mariela | $ | 868 |
| 553 | Pragana | Margardia | $ | 237 |
| 554 | Quiac | Julian | $ | 3,513 |
| 555 | Quiac | Martin | $ | 1,334 |
| 556 | Quiac | Mateo | $ | 3,750 |
| 557 | Quinilla | Nicolas | $ | 884 |
| 558 | Quinnones | Desire | $ | 274 |
| 559 | Quino | Daniel | $ | 3,495 |
| 560 | Quino | Domingo | $ | 48 |
| 561 | Quino | Evelin | $ | 1,327 |
| 562 | Quino | Martina | $ | 76 |
| 563 | Quino | Moises | $ | 1,098 |
| 564 | Quintanilla | Sonia | $ | 326 |
| 565 | Ramires | Thomas | $ | 37 |
| 566 | Ramirez | Andrea | $ | 299 |
| 567 | Ramirez | Erika | $ | 125 |
| 568 | Ramirez | Marvin | $ | 946 |
| 569 | Ramirez | Micaela | $ | 348 |
| 570 | Ramirez | Rosa | $ | 3,813 |
| 571 | Ramos | Elias | $ | 236 |

| | | | | |
|---|---|---|---|---|
| 572 | Ramos | Geralda | $ | 32 |
| 573 | Ramos | German | $ | 74 |
| 574 | Ramos | Maritza | $ | 107 |
| 575 | Ramos | Nery | $ | 67 |
| 576 | Ramos | Nilza | $ | 47 |
| 577 | Ramos | Noelia | $ | 924 |
| 578 | Rankowitz | Christine | $ | 56 |
| 579 | Rapoza | Doreen | $ | 78 |
| 580 | Realejo | Helen | $ | 536 |
| 581 | Rebello | Robert | $ | 25 |
| 582 | Rebelo | Leonilde | $ | 402 |
| 583 | Reis | Maria | $ | 417 |
| 584 | Respeto | Rosa | $ | 134 |
| 585 | Reyes | Carlos | $ | 87 |
| 586 | Reyes | Glenda | $ | 24 |
| 587 | Reyes | Karla | $ | 37 |
| 588 | Reyes | Maria | $ | 49 |
| 589 | Reyes | Maribel | $ | 191 |
| 590 | Reyes | Mario | $ | 2,787 |
| 591 | Ribeiro | Arthur | $ | 313 |
| 592 | Rivas | Ana | $ | 1,025 |
| 593 | Rivas | Blanca | $ | 647 |
| 594 | Rivas | David | $ | 3,241 |
| 595 | Rivas | Elisa | $ | 895 |
| 596 | Rivas | Floridalma | $ | 108 |
| 597 | Rivas | Guadalupe | $ | 79 |
| 598 | Rivas | Juan | $ | 154 |
| 599 | Rivas | Liliam | $ | 5,266 |
| 600 | Rivas | Maria | $ | 252 |
| 601 | Rivas | Reyna | $ | 2,934 |
| 602 | Rivas | Ronald | $ | 22 |
| 603 | Rivas | Rosa | $ | 310 |
| 604 | Rivas | Rosario | $ | 246 |
| 605 | Rivas | Teresa | $ | 3,208 |
| 606 | Rivas | Victor | $ | 4,889 |
| 607 | Rivas | Yamileth | $ | 86 |
| 608 | Rivas | Yesenia | $ | 1,959 |
| 609 | Rivas Flores | Isabel | $ | 82 |
| 610 | Rivera | Lilliam | $ | 79 |
| 611 | Rivera | William | $ | 35 |
| 612 | Riz | Manuel | $ | 34 |
| 613 | Riz | Margarita | $ | 117 |
| 614 | Riz | Otoniel | $ | 2,404 |
| 615 | Riz DeLaCruz | Adan | $ | 2,121 |
| 616 | Roblero | Jose Luis | $ | 4,789 |
| 617 | Rocha | Maria | $ | 300 |
| 618 | Rocha | Maria | $ | 1,173 |
| 619 | Rodrigues | Dora | $ | 161 |
| 620 | Rodrigues | Helena | $ | 523 |
| 621 | Rodriguez | Blanca | $ | 119 |
| 622 | Rodriguez | Felipe | $ | 26 |
| 623 | Rodriguez | Gloria | $ | 74 |

| | | | | |
|---|---|---|---|---|
| 624 | Rodriguez | Juana | $ | 27 |
| 625 | Rodriguez | Luisa | $ | 47 |
| 626 | Rodriguez | Rolando | $ | 326 |
| 627 | Romero | Tania | $ | 627 |
| 628 | Roos | Josefina | $ | 277 |
| 629 | Rosa | Carlos | $ | 72 |
| 630 | Rosa | Hector Luis | $ | 56 |
| 631 | Rosa | Lorette | $ | 1,069 |
| 632 | Rosa | Yolanda | $ | 33 |
| 633 | Rosas | Olivia | $ | 341 |
| 634 | Rosonina | Maria | $ | 330 |
| 635 | Ruiz | Alyssa | $ | 50 |
| 636 | Ruiz | Virginia | $ | 2,693 |
| 637 | Sabater | Miriam | $ | 48 |
| 638 | Sales | Maria | $ | 179 |
| 639 | Salvador | Juan | $ | 968 |
| 640 | Sam | Esteban | $ | 260 |
| 641 | Sam | Magdalena | $ | 391 |
| 642 | Sam | Manuel | $ | 2,770 |
| 643 | Sam | Santos | $ | 113 |
| 644 | Sam | Siona | $ | 492 |
| 645 | Sameiro | Daniel | $ | 28 |
| 646 | Sameiro | Maria | $ | 515 |
| 647 | Sanabria | Ivette | $ | 316 |
| 648 | Sanabria | Miguel | $ | 36 |
| 649 | Sanches | Emilia | $ | 580 |
| 650 | Sanches | Jose | $ | 160 |
| 651 | Sanches | Miguelina | $ | 22 |
| 652 | Sandoval | Beatriz | $ | 406 |
| 653 | Santiago | Felix | $ | 80 |
| 654 | Santos | Alta | $ | 23 |
| 655 | Santos | Ana | $ | 64 |
| 656 | Santos | Tiniguar | $ | 530 |
| 657 | Saquic | Jose | $ | 1,921 |
| 658 | Sarango | Marco | $ | 1,293 |
| 659 | Serrano | Blanca | $ | 1,160 |
| 660 | Serrano | Lilian | $ | 338 |
| 661 | Sierau | Suely | $ | 526 |
| 662 | Silva | Angela | $ | 169 |
| 663 | Silva | Belmira | $ | 426 |
| 664 | Silva | Cibele | $ | 87 |
| 665 | Silva | Fatima | $ | 146 |
| 666 | Silva | Maria | $ | 58 |
| 667 | Silva | Maria | $ | 344 |
| 668 | Silva | Myriam | $ | 187 |
| 669 | Silva | Natalice | $ | 2,217 |
| 670 | Silva | Octavio | $ | 116 |
| 671 | Silveira | Ana | $ | 308 |
| 672 | Simaj | Martin | $ | 805 |
| 673 | Simaj Morente | Carlos | $ | 338 |
| 674 | Simaj Morente | Santos | $ | 27 |
| 675 | Simao | Maria | $ | 411 |

| | | | | |
|---|---|---|---|---|
| 676 | Simas | Isaura | $ | 439 |
| 677 | Simpson | Ashley | $ | 119 |
| 678 | Smith | Jessy | $ | 41 |
| 679 | Solano | Berthila | $ | 2,565 |
| 680 | Solano | Rosario | $ | 158 |
| 681 | Sorto | Wilmer | $ | 40 |
| 682 | Sousa | Ana | $ | 445 |
| 683 | Sousa | Ana Maria | $ | 439 |
| 684 | Sousa | Maria | $ | 1,792 |
| 685 | Sousa | Mileine | $ | 72 |
| 686 | Souza | Elenilza | $ | 69 |
| 687 | Souza | Maria | $ | 82 |
| 688 | Suar | Ignacio Lopez | $ | 691 |
| 689 | Suy | Veronica | $ | 114 |
| 690 | Tamup | Jose | $ | 85 |
| 691 | Tamup | Juan | $ | 428 |
| 692 | Tavares | Lisete | $ | 272 |
| 693 | Tavares | Margarida | $ | 105 |
| 694 | Tavares | Maria | $ | 916 |
| 695 | Taveira | Jose | $ | 123 |
| 696 | Tebalan | Adolfo | $ | 108 |
| 697 | Tebalan | Alberto | $ | 586 |
| 698 | Tebalan | Juana | $ | 163 |
| 699 | Teixeira | Adriana | $ | 198 |
| 700 | Teixeira | Maria | $ | 325 |
| 701 | Tejada | Marina | $ | 190 |
| 702 | Tejeda | Teodora | $ | 231 |
| 703 | Telmo | Telma | $ | 24 |
| 704 | Tente | Felisbela | $ | 148 |
| 705 | Tevalan | Mateo | $ | 1,639 |
| 706 | Tiburcio | Maria | $ | 435 |
| 707 | Tiniguar | Luis | $ | 604 |
| 708 | Tino | Marleny | $ | 184 |
| 709 | Tino | Martina | $ | 150 |
| 710 | Tiquiram | Maximo | $ | 1,032 |
| 711 | Tiquiram | Oscar | $ | 2,019 |
| 712 | Tiu | Rosa | $ | 33 |
| 713 | Toj | Maria | $ | 212 |
| 714 | Tomas | Aj | $ | 50 |
| 715 | Toro | Wilfredo | $ | 464 |
| 716 | Trejo | Antonia | $ | 299 |
| 717 | Trejo | Gonzalo | $ | 33 |
| 718 | Trinidad | Paula | $ | 333 |
| 719 | Tum | Alberto | $ | 2,942 |
| 720 | Tum | Juan | $ | 5,991 |
| 721 | Tzarax | Arnulfo | $ | 149 |
| 722 | Tzoc | Domingo | $ | 44 |
| 723 | Tzoc | Esteban | $ | 148 |
| 724 | Tzoc | Juliana | $ | 299 |
| 725 | Tzoy | Maria | $ | 250 |
| 726 | Tzoy | Mario | $ | 28 |
| 727 | Tzoy | Marta | $ | 45 |

| | | | | |
|---|---|---|---|---|
| 728 | Urbina | Norma | $ | 218 |
| 729 | Us | Nicolas | $ | 2,786 |
| 730 | Us | Santos | $ | 1,637 |
| 731 | Valeriano | Rufina | $ | 37 |
| 732 | Valladares | Lizbeth | $ | 120 |
| 733 | Valladares | Victor | $ | 1,462 |
| 734 | Valladares | Kerima | $ | 341 |
| 735 | Vallecillo | Jhann | $ | 1,369 |
| 736 | Vallecillo | Sonia | $ | 28 |
| 737 | Varela | Elvin | $ | 912 |
| 738 | Varela | Sonia | $ | 174 |
| 739 | Vargas | Maria | $ | 414 |
| 740 | Velasquez | Patricia | $ | 96 |
| 741 | Ventura | Isabel | $ | 428 |
| 742 | Ventura | Nora | $ | 71 |
| 743 | Vertentes | Teresa | $ | 159 |
| 744 | Vicente | Isabel | $ | 614 |
| 745 | Vicente | Jesus | $ | 33 |
| 746 | Vicente | Roberto | $ | 2,444 |
| 747 | Vieira | Ana | $ | 4,526 |
| 748 | Vieira | Filomena | $ | 422 |
| 749 | Vieira | Gilberto | $ | 3,837 |
| 750 | Vieira | Henrique | $ | 2,063 |
| 751 | Vieira | Lucia | $ | 434 |
| 752 | Vieira | Olimpia | $ | 363 |
| 753 | Vieira Cruz | Maria | $ | 438 |
| 754 | Vilacha | Maria | $ | 115 |
| 755 | Villeda | Maria | $ | 959 |
| 756 | Viveiros | Cizaltina | $ | 197 |
| 757 | Viviane | Sergio | $ | 57 |
| 758 | Walcher | Maria | $ | 159 |
| 759 | Whitten Jr. | Charles | $ | 34 |
| 760 | Zacarias | Angel | $ | 20 |
| 761 | Zapeta | Cecilio | $ | 1,374 |
| 762 | Zajbin | Francisco | $ | 1,549 |
| 763 | Zavala | Marbella | $ | 24 |
| 764 | Zepeda | Maria | $ | 21 |
| | | | $ | 613,000 |